**Edwin Leo PARSONS, Respondent**

v.

**Larry McNAIR, d/b/a Mt. Pleasant Quick Lube, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of October, 2012, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**William Anthony REID, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 18, 2012.

## ORDER

PER CURIAM.

AND NOW, this 18th day of October, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Superior Court of Pennsylvania err when it overturned the Trial Court's Order of September 8, 2010 barring the prosecution of [Petitioner] in the instant matter for a violation of Pennsylvania's Compulsory Joinder Rule [18 Pa.C.S.A. § 110(1)(ii) ]?